## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.

DAVID HOWARD

CRIMINAL NO.  3:17-135

## PLEA

The Defendant,  __DAVID HOWARD__, acknowledges receipt of a copy of the INDICTMENT and after arraignment pleads __NOT GUILTY__ in open court.

_DAVID Howard_
(Signed)    Defendant

Columbia, South Carolina

June 21, 2017